FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUL -9 PM 12: 03

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### STATESBORO DIVISION

BRIAN STEPTOE,                )
                              )
    Movant,               )
                              )
v.                            )     Case No.  CV612-049
                              )               CR609-068
UNITED STATES OF AMERICA,     )
                              )
    Respondent.          )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2012.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA